```
            IN THE UNITED STATES DISTRICT COURT
         FOR THE EASTERN DISTRICT OF PENNSYLVANIA
```

| | | |
|---|---|---|
| GEORGE LUDWIG | : | CIVIL ACTION |
| v. | : | |
| WELLPATH, LLC, et al. | : | NO. 22-487 |

## ORDER

AND NOW, this  12th   day of May, 2022, for the reasons stated in the foregoing Memorandum, it is hereby ORDERED that:

(1)  the motion of defendant Wellpath LLC to dismiss the complaint as to it is GRANTED;

(2)  the action is DISMISSED as to defendant Dr. Stephen David Weiner; and

(3)  the motion to dismiss is otherwise DENIED.

BY THE COURT:

/s/ Harvey Bartle III
_____
                            J.